TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00676-CV
 
 




 

 

B. O. and T. S., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 201st
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000425,
 The Honorable Tim Sulak, JUDGE
 PRESIDING 
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
                       Appellant B.O. filed her notice of appeal on May
 25, 2012.  However, a copy of
 the notice of appeal was not filed with the Third Court of Appeals until
 October 11, 2012. By request to this Court dated October
 23, 2012, Ronda Watson requested an extension of time to file the reporter’s
 record.
                       Effective March 1, 2012,
 amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme
 Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting
 extensions of over 10 days for the filing of reporters’ records in
 accelerated appeals, including those from suits for termination of parental
 rights.  See Tex. R. App. P. 35.3(c). 
 Further, any extensions of time granted for the filing of the reporters’
 records may not exceed 30 days cumulatively.  See
 Tex. R. App. P. 28.4(b)(2).  Accordingly, Ronda Watson is hereby ordered
 to file the reporter’s record in this case on or before November 5, 2012.  If the record is not filed by that date, Ms.
 Watson may be required to show cause why she should
 not be held in contempt of court.
                       It is ordered on October
 24, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and Goodwin